UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELLUS McMURRAY,<br><br>        Plaintiff,<br><br>    -against-<br><br>(JUDGE) ROBERT STOLZ; (JUDGE) LAURA WARD; (D.A.) DASHA KABAKOVA; (D.A. CYRUS VANCE JR.; (N.Y.P.D.) STEPHEN POLESOVSKY (OFFICER),<br><br>        Defendants. | 1:21-CV-7730 (LTS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued October 1, 2021, dismissing this action,

  IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 against Justices Stolz and Ward under the doctrine of judicial immunity and as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

  The Court also dismisses Plaintiff's claims under Section 1983 against District Attorney Vance and Assistant District Attorney Kabakova under the doctrine of prosecutorial immunity and as frivolous. *See id.*

  The Court further dismisses Plaintiff's claim of false arrest under Section 1983 against Officer Polesovsky for failure to state a claim on which relief may be granted, *see* § 1915(e)(2)(B)(ii), and his claim of malicious prosecution under Section 1983 against Polesovsky without prejudice.

  The Court additionally dismisses Plaintiff's claims in which he seeks *habeas corpus* relief from his state-court conviction under 28 U.S.C. § 2254 for lack of jurisdiction. Because these claims make no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. *See* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 1, 2021
         New York, New York

                                       /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge