UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELLUS McMURRAY,

                Plaintiff,

      -against-

(JUDGE) ROBERT STOLZ, et al.,

                Defendants.

1:21-CV-7730 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated November 16, 2021, the Court granted Plaintiff, who appears *pro se*, 30 days' leave to show cause by declaration why the Court should not deny his motion for an extension of time to file a notice of appeal under Rule 4(a)(5) of the Federal Rules of Appellate Procedure. The Court warned Plaintiff that if he failed to comply with that order within the time allowed, or failed to show good cause, the Court would deny his motion.

      Plaintiff has failed to file a declaration. Accordingly, the Court denies Plaintiff's motion for an extension of time to file a notice of appeal. (ECF 6.)

      The Court directs the Clerk of Court to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 20, 2022
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge